## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHERIESE D. JOHNSON, | ) |
| | ) |
| *Plaintiff*, | ) CIVIL ACTION FILE NO. |
| v. | ) 1:21-cv-03461-SDG-RDC |
| | ) |
| CARTER'S RETAIL, INC. and | ) |
| CARTER'S, INC. | ) |
| | ) |
| *Defendants*. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Cheriese D. Johnson and Defendants Carter's Retail, Inc. and Carter's, Inc., by and through their undersigned counsel, and hereby stipulate to the dismissal of the above-captioned matter with prejudice.

Respectfully submitted this 1st day of December, 2022.

**THE LAW OFFICES OF**
**CURTIS J. MARTIN II**

By: /s/ Curtis J. Martin II
Ga. Bar No. 427427

1800 Peachtree Street, N.W.
Suite 809
Atlanta, Georgia 30309
Phone: (404) 948-4404 Phone
Email: cjm@curtisjmartinlaw.com


/s/ Eric L. Register
Eric L. Register
Georgia Bar No. 599199
eregister@registerlett.com
Register | Lett LLP

        1800 Peachtree Street, NW
        Suite 809
        Atlanta, Georgia 30309
        Phone: 404-352-9019
*Attorneys for Plaintiff*

**BAKER & HOSTETLER LLP**

*/s/ Mitchell A. Robinson*
Eric L. Barnum
Georgia Bar No. 039305
Mitchell A. Robinson
Georgia Bar No. 457665
1170 Peachtree Street NE, Suite 2400
Atlanta, Georgia 30309-7676
ebarnum@bakerlaw.com
marobinson@bakerlaw.com
Telephone: (404) 459-0050

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to N.D. Ga. Local Rule 7.1D, I certify that the foregoing **Notice of Dismissal w**as prepared using Times New Roman 14 point font, a font and point selection approved by the Court in Local Rule 5.1B.

By: /s/ Curtis J. Martin II

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access this filing through the Court's electronic filing system.